# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL CORKER**,
Appellant,

v.

**LATITE ROOFING AND SHEET METAL LLC**, **TORNADO ROOFING & CONTRACTING,** and **GABLES RESIDENTIAL SERVICES, INC.**
Appellees.

No. 4D2023-0468

[April 4, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502021CA007938A.

Michael Corker, appearing pro-se.

Kimberly J. Fernandes of Kelly Kronenberg, P.A., Tallahassee, for appellee Latite Roofing and Sheet Metal Company, LLC.

No appearance on behalf of appellee Tornado Roofing and Contracting, Inc.

No appearance on behalf of appellee Gables Residential Services, Inc.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***